# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BLAKE WARNER,

  Plaintiff,

v.                                                              CASE NO.: 8:23-cv-01100-KKM-JSS

TRANS UNION LLC,

  Defendant.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC

COMES NOW Plaintiff, BLAKE WARNER, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: This 20th day of June, 2023.

                                          **/s/Octavio Gomez**
                                          Octavio "Tav" Gomez
                                          Florida Bar #:0338620
                                          Georgia Bar #: 617963
                                          Pennsylvania #: 325066
                                          The Consumer Lawyers PLLC
                                          412 E. Madison St, Ste 916
                                          Tampa, FL 33602
                                          Cell: (813)299-8537
                                          Facsimile: (844)951-3933

> Primary Email:
> Tav@theconsumerlawyers.com
> Secondary Email:
> Lisa@theconsumerlawyers.com
> *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 20th day of June, 2023, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

> **/s/Octavio Gomez**
> Octavio "Tav" Gomez
> Florida Bar #:0338620